B1 (Official Form 1)(1/08)

| **United States Bankruptcy Court**<br>**District of Connecticut** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Nutmeg Utility Products, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>06-0943694 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>1755 Highland Avenue<br>Cheshire, CT<br>ZIP Code: 06410 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code: |
| County of Residence or of the Principal Place of Business:<br>New Haven | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>P. O. Box 723<br>Cheshire, CT<br>ZIP Code: 06410 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code: |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Nutmeg Utility Products, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Nutmeg Utility Products, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Neil Crane
Signature of Attorney for Debtor(s)
 Neil Crane
Printed Name of Attorney for Debtor(s)
 Law Offices of Neil Crane, LLC
Firm Name
 2700 Whitney Avenue
 Hamden, CT 06518
_____
Address

Email: neil.crane@snet.net
 203-230-2233  Fax: 203-230-8484
Telephone Number
 September 10, 2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Jeannine C. Lavallee
Signature of Authorized Individual
 Jeannine C. Lavallee
Printed Name of Authorized Individual
 President
Title of Authorized Individual
 September 10, 2009
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Connecticut

In re  Nutmeg Utility Products, Inc.  
     Debtor(s)

Case No.  
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Citbusiness Card<br>PO Box 183051<br>Columbus, OH 43218 | Citbusiness Card<br>PO Box 183051<br>Columbus, OH 43218 | Business expense | | 41,425.07 |
| CL&P<br>P.O>Box 160493<br>Hartford, CT 06115 | CL&P<br>P.O>Box 160493<br>Hartford, CT 06115 | Business expense | | 7,696.52 |
| Columbus McKinnon Corp.<br>140 John James Audubon<br>Buffalo, NY 14228 | Columbus McKinnon Corp.<br>140 John James Audubon<br>Buffalo, NY 14228 | Business expense | | 7,993.94 |
| Condux Internationsl Inc<br>P.O.Box 247<br>Mankato, MN 56002 | Condux Internationsl Inc<br>P.O.Box 247<br>Mankato, MN 56002 | Business expense | | 9,180.27 |
| CRC Industries, Inc.<br>885 Louis Dr.<br>Warminster, PA 18974 | CRC Industries, Inc.<br>885 Louis Dr.<br>Warminster, PA 18974 | Business expense | | 3,770.00 |
| DCD Design Manufacturing Ltd.<br>180-6620 McMillan Way<br>Richmond, BC V6W1J7 | DCD Design Manufacturing Ltd.<br>180-6620 McMillan Way<br>Richmond, BC V6W1J7 | Business expense | | 3,736.81 |
| Dynapac Concrete<br>P.O.Box 48<br>Tourman-en-Brie,France | Dynapac Concrete<br>P.O.Box 48<br>Tourman-en-Brie,France | Business expense | | 26,685.50 |
| Gardner-Connell, LLC<br>125 Constitution Blvd<br>Franklin, MA 02038 | Gardner-Connell, LLC<br>125 Constitution Blvd<br>Franklin, MA 02038 | Business expense | | 14,040.97 |
| Greenlee<br>25117 Network Place<br>Chicago, IL 60673 | Greenlee<br>25117 Network Place<br>Chicago, IL 60673 | Business expense | | 6,430.81 |
| John R. Lyman Co<br>P.O.Box157<br>Chicopee, MA 01014 | John R. Lyman Co<br>P.O.Box157<br>Chicopee, MA 01014 | Business expense | | 9,470.00 |
| Lakeside Plastics Inc.<br>P.O.Box 2384<br>Oshkosh, WI 54903 | Lakeside Plastics Inc.<br>P.O.Box 2384<br>Oshkosh, WI 54903 | Business expense | | 30,638.23 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  Nutmeg Utility Products, Inc.            Case No. _____
           Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Lyall Turbosonics, Inc<br>29726 Avenida De Las Banderas<br>Rancho Santa Margarita, CA 92688 | Lyall Turbosonics, Inc<br>29726 Avenida De Las Banderas<br>Rancho Santa Margarita, CA 92688 | Business expense | | 19,199.02 |
| NETCO<br>30 Tower Street<br>Hudson, MA 01749 | NETCO<br>30 Tower Street<br>Hudson, MA 01749 | Business expense | | 7,890.05 |
| New England Communications sys<br>427 Hayden Station Road<br>Windsor, CT 06095 | New England Communications sys<br>427 Hayden Station Road<br>Windsor, CT 06095 | Business expense | | 3,690.00 |
| Oatley Plumbing Heating Air Co<br>306 Oxford Road<br>Oxford, CT 06478 | Oatley Plumbing Heating Air Co<br>306 Oxford Road<br>Oxford, CT 06478 | Any Personal Liability | | 4,570.72 |
| Old Dominion Freight Line Inc<br>PO Box 415202<br>Boston, MA 02241-5202 | Old Dominion Freight Line Inc<br>PO Box 415202<br>Boston, MA 02241-5202 | Business expense | | 4,094.32 |
| RUS Industries<br>PO Box 256<br>Niagara Falls, NY 14305-0256 | RUS Industries<br>PO Box 256<br>Niagara Falls, NY 14305-0256 | Business expense | | 44,833.74 |
| Shelter Logic LLC<br>PO Box 785496<br>Philadelphia, PA 19178-5496 | Shelter Logic LLC<br>PO Box 785496<br>Philadelphia, PA 19178-5496 | | | 25,544.00 |
| Thomas J. Staley<br>60 Trumbull Street<br>New Haven, CT 06510 | Thomas J. Staley<br>60 Trumbull Street<br>New Haven, CT 06510 | Business expense | | 8,700.00 |
| Warren Heim Corp.<br>3107 Industrial 25th ST.<br>Fort Pierce, FL 34946 | Warren Heim Corp.<br>3107 Industrial 25th ST.<br>Fort Pierce, FL 34946 | Business expense | | 4,031.85 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  September 10, 2009      Signature  /s/ Jeannine C. Lavallee
                                                           Jeannine C. Lavallee
                                                           President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

```
Nutmeg Utility Products, Inc.
P. O. Box 723
Cheshire, CT 06410


Neil Crane
Law Offices of Neil Crane, LLC
2700 Whitney Avenue
Hamden, CT 06518
```

1755 Highland Avenue Assocates
1755 Highland Avenue
Cheshire, CT 06410


A.Duie Pyle,Inc.
P.O.Box 564
West Chester, PA 19381


A.K.O. Inc
P.O.Box 1283
Enfield, CT 06083


ABCO Welding
Supply, Inc,
P.O.Box 620
Waterford, CT 06385


Adams & Westlake Limited
P.O.Box 5424
Elkhart, IN 46514


AJ Waste Systems, LLC
22 Burton Dr.
Cheshire, CT 06410


Ajax Tool Works,Inc.
P.O.Box 807
Mount Prospect, IL 60056-0807


Atlantic Power
20 Empire State Blvd
Castleton On Hudson, NY 12033


Atradius Collections, inc
1200 Arlington Heights Rd
Suite 410
Itasca, IL 60143


Best Welding Co. LLC
17 Salem St.
Naugatuck, CT 06770

```
Briggs & Stratton Power Group
P.O.Box 702
Milwaukee, WI 53220


C2C Resources,LLC
56 Perimeter Center East
Atlanta, GA 30346


Citbusiness Card
PO Box 183051
Columbus, OH 43218


CL&P
P.O>Box 160493
Hartford, CT 06115


Columbus McKinnon Corp.
140 John James Audubon
Buffalo, NY 14228


Commercial Recovery Corp
9298 Central Avenue
Suite 310
Minneapolis, MN 55434


Condux Internationsl Inc
P.O.Box 247
Mankato, MN 56002


Cox Communications
P.O.Box 182656
Columbus, OH 43218


CRC Industries, Inc.
885 Louis Dr.
Warminster, PA 18974


CST Co.
P.O.Box 33127
Louisville, KY 40232
```

Custom Metal Crafters,Inc
815 No. Mountain Rd.
Newington, CT 06111


D.O.Creasman Electronics
P.O.Box 458
Candler, NC 28715


DCD Design Manufacturing Ltd.
180-6620 McMillan Way
Richmond, BC V6W1J7


Dejana Truck & Unitlity
Equip. Co. Inc
490 Pulaski Rd.
Kings Park, NY 11754


Delio & PetersonLLC
121 Whitney Ave.
New Haven, CT 06510


Deluxe for Business
c/o Commercial Recovery Corp.
9298 Central Ave. NE - Ste 310
Minneapolis, MN 55434


Dwyer Instruments, Inc.
P.O.Box 373
Michigan City, IN 46361


Dynapac Concrete
P.O.Box 48
Tourman-en-Brie,France


Emery-Waterhouse, Inc.
P.O.Box 14021
Lewiston, ME 04243


Energizer Batery, Inc
P.O.Box 14021
Lewiston, ME 04243

```
Ethan & Associates
800 N. Causeway Blvd.
Mandeville, LA 70448


Fiber Instrument Sales, Inc
161 Clear Rd
Oriskany, NY 13424


Fluke Networks
P.O.Box 60000
San Francisco, CA 94160


Gardner-Connell, LLC
125 Constitution Blvd
Franklin, MA 02038


GE Capital
aka Husqvanna Financial Servic
75 Remittance Drive, Ste 6869
Chicago, IL 60675-6869


Goss, Inc.
1511 Route 8
Glenshaw, PA 15116


Grainger
Dept 821654480
Palatine, IL 60038


Great neck Saw Mfgs,Inc
165 East 2nd. St. POB 3
Mineola, NY 11501


Greenlee
25117 Network Place
Chicago, IL 60673


Harbor Freight Tools
P.O.Box 6010
Camarillo, CA 93012
```

```
Harmsco Filtration Products
P.O.Box 14066
North Palm Beach, FL 33408


HJ Arnett Industires LLC
20460 SW Avery Ct
Tualatin, OR 97062


Home Depot Cred Services
PO Box 9055
Des Moines, IA 50368-9055


Jason Industrial Inc.
P.O.Box 10004
Fairfield, NJ 07004


Jeannine C. Lavallee
22 Woodcrest Drive
Wolcott, CT 06716


John R. Lyman Co
P.O.Box157
Chicopee, MA 01014


Kantrovitz & Brownstein, PC
One Bradley Road, Suite 305
PO Drawer 3557
Woodbridge, CT 06525


Lakeside Plastics Inc.
P.O.Box 2384
Oshkosh, WI 54903


Levy Diamond Bello & Assoc
65 Bic Drive
PO Box 352
Milford, CT 06460


Little Giant Mfg. Co. Inc
P.O.Box 518
Orange, TX 77631
```

Logistics Supply
P.O.Box 481931
Charlotte, NC 28269


Lyall Turbosonics, Inc
29726 Avenida De Las Banderas
Rancho Santa Margarita, CA 92688


M.P. Pumps,Inc
34800 Bennett Dr
Fraser, MI 48026


M.W.Bevins Co.
9903 East 54th St.
Tulsa, OK 74146


Magna Wind, Inc
130 So Turnpike Rd.
Wallingford, CT 06492


Manchester Tank & Equip Co,
3630 Manchester Dr.
Elkhart, IN 46514


McIntire Co.
P.O.Box 36083
Newark, NJ 07188


McKenzie, Becker & Stevens,Inc
P.O.Box 1967
Lakeville, CT 06039


Mechanical Safety Equip Corp
2070 Bennett Rd.
Philadelphia, PA 19116


Milwaukee Pump of Ohio LLC
1661 Cleaveland Ave
Ashland, OH 44805

```
NEBS
500 Main St.
Groton, MA 01471


Neopost Inc.
PO Box 45800
San Francisco, CA 94145-0800


NETCO
30 Tower Street
Hudson, MA 01749


New England Communications sys
427 Hayden Station Road
Windsor, CT 06095


New Haven Windustrial co
2785 State STreet
Hamden, CT 06517


NO Butts Bin Co, Inc
16 Birch Lande
Madison, CT 06443


NU Bridges
PO Box 932963
Atlanta, GA 31193-2963


Oatley Plumbing Heating Air Co
306 Oxford Road
Oxford, CT 06478


OccuNomix International LLC
3447 Solution Center
Chicago, IL 60677-3004


Office Depot
PO Box 63813
Cincinnati, OH 45263-0813
```

Old Dominion Freight Line Inc
PO Box 415202
Boston, MA 02241-5202


Omega Engineering Inc.
PO Box 4047
Stamford, CT 06907-0047


Paychecx Inc.
55 Capital Blvd Suite 302
Rocky Hill, CT 06067


Presco Products
PO Box 226467
Dallas, TX 75222-6467


Professional Sercuirty Svs
67 Somerset Dr
Berlin, CT 06037


Repair Unlimited Inc.
1730 Rockwell Rd
Abington, PA 19001


RMS
P.O.Box 5471
Mount Laurel, NJ 08054


RMS
P.O.Box 523
Richfield, OH 44286


Rocky Mountain Cord Co Inc.
PO Drawer 4304
Rocky Mount, NC 27803-0304


RUS Industries
PO Box 256
Niagara Falls, NY 14305-0256

```
Safety Today
PO Box 710877
Columbus, OH 43271-0877


Safety-Kleen Systems, Inc.
5360 Legacy Drive
Plano, TX 75024


Schmidt's & Serafines, Inc.
464 Chase Avenue
Waterbury, CT 06704


Shelter Logic LLC
PO Box 785496
Philadelphia, PA 19178-5496


Standard Electric
PO Box 5-0652
Woburn, MA 01815-0652


State of Connecticut
Department of Revenue
25 Sigourney Street
Hartford, CT 06106-5003


Sugarmann & Sugarmann
PO Box 3996
New Haven, CT 06525-3996


Tempo Research Corp
1390 Aspen Way
Vista, CA 92081


Tennessee Sling Center
Alabama Sling
PO Box 5977
Virginia Beach, VA 23471


Textron Financial
23162 Network Place
Chicago, IL 60673-1231
```

Theresa C. Lavallee
236 Preston Terrace
Cheshire, CT 06410


Thomas J. Staley
60 Trumbull Street
New Haven, CT 06510


Timpac Inc.
1600 Rollins Road
Burlingame, CA 94010


Traver Electric Motor co
151-165 Homer Street
Waterbury, CT 06704


Truco Manufacturing LLC
8362 Rextown Road
Slatington, PA 18080


U-Tech Wire Rope
$ Supply Inc
222 Univerasal Dr.
North Haven, CT 06473


UMC
4074 Mt. Royal Blvd
Allison Park, PA 15101


UPS
28013 Network Place
Chicago, IL 60673


Utility Communications, Inc.
920 Sherman AVe
Hamden, CT 06514


Vengroff, Williams & Associate
PO Box 4155
Sarasota, FL 34230-4155

```
Verizon Wireless
NY



W.B.Mason
P.O.Box 111
Brockton, MA 02303


Warren Heim Corp.
3107 Industrial 25th ST.
Fort Pierce, FL 34946


Warwood Tool Co.
P.O.Box 6357
Wheeling, WV 26003


Wintech International Inc.
5319 Shreveport-Blanchard hwy
Shreveport, LA 71107


Work Area Protection Corp
P.O.Box 4087
Saint Charles, IL 60174


WW Grainger
c/o Atradius Collections,Inc
1200 Arlington Heights Rd.
Itasca, IL 60143


Yankee Gas
P.O.Box 150492
Hartford, CT 06115
```